# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Cody H., | Case No. 24-cv-03056 (PJS/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Frank Bisignano,<br>*Commissioner of Social Security,* | |
| Defendant. | |

---

This matter is before the Court on the Report and Recommendation filed on June 11, 2025 (Dkt. No. 16). **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for reversal or remand of the Commissioner's decision (Dkt. 10) is **DENIED**.

2. The Commissioner's request for that the Complaint be dismissed (Dkt. 15) is GRANTED; and

3. The Complaint (Dkt. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 27, 2025

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court